IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BRANDY L. SQUIRES, et al.                                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:05CV72HTW-JCS

MICHELIN NORTH AMERICA, INC. and
MICHELIN AMERICAS RESEARCH &
DEVELOPMENT CORPORATION                                          DEFENDANTS

AMENDED CASE MANAGEMENT ORDER

The Case Management Order entered in this action is hereby amended as follows:

1.      All discovery shall be completed by October 31, 2006.

2.      Plaintiff shall designate expert witnesses by August 1, 2006.

3.      Defendants shall designate expert witnesses by September 1, 2006.

4.      All motions other than motions in limine shall be filed by November 14, 2006.

5.      Reserved trial period: March 5, 2007.

6.      The pretrial conference will he held on February 26, 2007.

SO ORDERED this the 17th day of August, 2006.

                              s/ HENRY T. WINGATE
                              _____
                              Chief United States District Judge

AGREED:


   /s/
Attorney for plaintiff


   /s/
Attorney for defendants